**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Tilmer Everett, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Roger Marks, III, et. al., | ) | Case No. 1:17-cv-136 |
| | ) | |
| Defendants. | ) | |

The Clerk's office shall seal Exs. E, F, G, H, I, N, and O to Docket No. 2 as they contain sensitive personal information.

**IT IS SO ORDERED.**

Dated this 18th day of July, 2017.

                                                                                          */s/ Charles S. Miller, Jr.*
                                                                                           Charles S. Miller, Jr., Magistrate Judge
                                                                                           United States District Court