# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Tilmer Everett, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Roger Marks, III, et. al., | ) | Case No. 1:17-cv-136 |
| | ) | |
| Defendant. | ) | |

The Clerk's office shall seal Ex. 6 to Docket No. 6 as it contains sensitive personal information.

**IT IS SO ORDERED.**

Dated this 27th day of July, 2017.

>                                        */s/ Charles S. Miller, Jr.*
>                                        Charles S. Miller, Jr., Magistrate Judge
>                                        United States District Court