# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Tilmer Everett, | ) | |
|       Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Roger Marks, III, et. al., | ) | Case No. 1:17-cr-136 |
|       Defendants. | ) | |

On July 25, 2017, plaintiff filed a document captioned: "Federal Rules of Civil Procedure Rule 26. Duty to Disclose; General Provisions Governing Discovery (a)(1)(A). 'Collusion of a cover-up Case No. 06-9417 within Case No. 06-K-1026 R.A. #1-#61." (Doc. No. 6). Attached to this document were 6 exhibits.

Insofar as plaintiff may be seeking to compel production of discovery, his request (Doc. No. 6) is **DENIED**.[1] As the court has yet to conduct an initial review of plaintiff's pleadings as mandated by 28 U.S.C. § 1915A, all discovery shall be stayed pending further order of the court.

**IT IS SO ORDERED.**

Dated this 21st day of August, 2017.

                                                          */s/ Charles S. Miller, Jr.*
                                                          Charles S. Miller, Jr., Magistrate Judge
                                                          United States District Court

---

[1] If plaintiff is simply endeavoring to supplement his Complaint with the exhibits attached to this motion, he can take solace in the fact that they have been filed by the Clerk's office.