# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Tilmer Everett, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Roger Marks, III, et. al., | ) | |
| | ) | Case No. 1:17-cv-136 |
| Defendants. | ) | |

On August 21, 2017, plaintiff filed a "Motion to Submit CD's as Evidence for Civil Rights § 1983 Complaint in pursuant to Federal Rules of Civil Procedure" along with a partial hearing transcript, two CDs, and one DVD. On August 28, 2017, he filed a "Motion to Submit Court Records in Case No. 06-K-126 as Evidence for Civil Rights § 1983 Complaint, in support of three (3) CD's addressed August 17, 2017." Interspersed amongst the pages of this motion are copies of various documents from his state criminal case.

The court deems plaintiff's motions (Docket Nos. 11 and 12) **MOOT** without any comment on the ultimately admissibility and/or relevance of the materials attached and incorporated into plaintiff's motions. Plaintiff can take solace in the fact that his motions along with the materials attached to and incorporated into his motions are now part of the record.

**IT IS SO ORDERED.**

Dated this 30th day of August, 2017.

>       */s/ Charles S. Miller, Jr.*
>       Charles S. Miller, Jr., Magistrate Judge
>       United States District Court